UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| UNITED STATES OF AMERICA | CRIMINAL NO. 7:14-2-KKC-2 |
| --- | --- |
| Plaintiff, | and |
|  | CIVIL NO. 7:15-105-KKC |
| V. |  |
| EARNEST BRADLEY HALL, | **JUDGMENT** |
| Defendant. |  |

*** *** ***

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court **HEREBY ORDERS AND ADJUDGES** that:

(1)   Defendant Earnest Bradley Hall's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (DE 54) is **DENIED** with prejudice;

(2)   A Certificate of Appealability **SHALL NOT BE ISSUED** because Defendant has failed to make a substantial showing of the denial of a constitutional right;

(3)   This Judgment is **FINAL;** and

(4)   This matter is **DISMISSED AND STRICKEN** from the active docket.

Dated November 30, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY